IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 OCT -4 PM 3: 39
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
DAYTON

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR Cellular device assigned call number 937-369-6782 and the use of a cell-site simulator to locate the cellular device assigned call number 937-369-6782 | Case No. 3:17mj464<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-MOBILE, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-MOBILE shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that T-MOBILE may disclose the attached search warrant to an attorney for T-MOBILE for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Date: 10/4/17

HON. MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE